UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ROBERT WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11-CV-006 JD |
| v. ) | |
| ) | |
| TRUSTEES OF PURDUE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Robert Willis, a *pro se* plaintiff, was denied leave to proceed *in forma pauperis*. He was granted to and including February 24, 2011, to pay the $350.00 filing fee and cautioned that if he did not respond by that deadline, that this case would be dismissed without further notice. That deadline has now passed, but he has not responded. For the foregoing reasons, this case is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee.

SO ORDERED.

ENTERED: February 25, 2011

/s/ JON E. DEGUILIO
Judge
United States District Court